Same case below, 488 Mich. 1040, 794 N.W.2d 34.

**No. 10-10416. Ali Partovi, Petitioner v. Joseph P. Galoski, et al.**

565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5239,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10417. Joseph E. Okoh, Petitioner v. Virginia.**

565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5556.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-10419. Henry Burgess, Petitioner v. Lynn Martin, et al.**

565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5489.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 853.

**No. 10-10421. Delaney Barnes, Petitioner v. Board of Prison Terms/ Hearings.**

565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5364.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10422. Ohifuemeh Peter Ayewoh, Petitioner v. United States.**

565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5697.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 627 F.3d 914.

**No. 10-10427. Alan D. Daniels, Petitioner v. Robert Hildreth.**

565 U.S. 836, 132 S. Ct. 141, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5502.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 222.

**No. 10-10428. Vinh Hung Lam, Petitioner v. Citigroup, Inc., et al.**

565 U.S. 836, 132 S. Ct. 142, 181 L. Ed. 2d 60, 2011 U.S. LEXIS 5651.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.